IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARVIN E. HALL (1),

    Defendant.

Criminal No. 08-0215
ELECTRONICALLY FILED

### CHANGE OF PLEA

Defendant, MARVIN E. HALL, changes his plea and now enters a plea of guilty as to Count(s) __1__ in open court this 29th day of January, 2010.

_____
Defendant's Signature

_____
Attorney for Defendant