IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **Criminal No. 08-215-001** |
| | ) | **Electronically Filed** |
| **MARVIN E. HALL** | ) | |

**Hearing Held: Sentencing**
**Date of Hearing: 06/25/10**
**Before Judge Arthur J. Schwab**

| | |
|---|---|
| AUSA | Margaret E. Picking |
| Defense Counsel | Elisa A. Long |
| Court Reporter | Karen Earley |
| Law Clerk/Deputy Clerk | MJL/ECA |
| Start time | 9:34 AM |
| End time | 9:57 AM |

DEFENDANT PRESENT

**NOTED:**

The defendant is sentenced to time served to be followed by a 3 year term of supervised release.

A mandatory $100.00 special assessment is imposed.  A fine is waived for inability to pay.

Count 2 is dismissed.